UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME JULIUS BROWN, SR.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM P. BARR, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:19-cv-01593-JLR<br><br>**ORDER DENYING IFP AND DISMISSING CASE WITHOUT PREJUDICE** |

The Court, having reviewed Plaintiff's application to proceed in forma pauperis ("IFP"), the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application (Dkt. 1) is **DENIED**;

(3) This case is **DISMISSED without prejudice**; and

(4) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Brian A. Tsuchida.

DATED this 31st day of October, 2019.

JAMES L. ROBART
United States District Court Judge

ORDER DENYING IFP AND DISMISSING
CASE WITHOUT PREJUDICE - 1